

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2022

No. 04-21-00150-CV

**IN THE ESTATE OF MARIA LUISA AGUILAR**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020PB5000085-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant Roberto Aguilar Jr. has filed a motion for leave to file a supplemental clerk's record, explaining that certain pleadings not been included in the clerk's record and requesting we order the trial court clerk to file a supplemental clerk's record. Appellant's motion is GRANTED.

We ORDER the trial court clerk to file a supplemental clerk's record on or before **January 18, 2022** that contains the following pleadings:

(1)    the current trial court docket;
(2)    the Emergency Ex-Parte Application for Injunctive Relief;
(3)    the December 28, 2020 Temporary Restraining Order;
(4)    the January 4, 2021 Motion to Set Aside the December 23, 2020 Ex-Parte Temporary Restraining Order;
(5)    the January 6, 2021 order extending the temporary restraining order;
(6)    the January 20, 2021 order extending the temporary restraining order;
(7)    the February 10, 2021 Permanent Injunction;
(8)    the order denying the motion for new trial filed by appellant on February 11, 2021;
(9)    the report of the sale of the real property;
(10)   the Warranty Deed that emanated from the sale of the property;
(11)   the County Clerk's record of the Warranty Deed.


_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2022.



Michael A. Cruz,
Clerk of Court